E-FILED
Friday, 06 July, 2007 01:12:27 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-30065 |
| | ) | |
| THOMAS G. ADCOCK, Jr., | ) | |
| | ) | |
| Defendant. | ) | |

**OPINION**

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on Defendant Thomas G. Adcock's Motion for Release Pending Appeal (d/e 90) pursuant to 18 U.S.C. § 3143(b). Defendant seeks to continue his release during the pendency of his case in the Court of Appeals, based on the claim that there are substantial questions of fact or law likely to result in a reversal of his conviction. For the reasons set forth below, Defendant's Motion is DENIED.

In his Motion, Defendant argues that there are two issues that are likely to result in a reversal of his conviction. Defendant contends that this Court erred in calculating the amount of loss for sentencing purposes and

that the Government failed to present evidence showing that he could have reasonably foreseen the use of a wire service in connection with his wire fraud convictions. The Bail Reform Act authorizes release pending appeal if the Court finds: "(A) by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released . . . and (B) that the appeal is not for the purpose of delay and raises a substantial question of law or fact likely to result in -- (I) reversal . . . ." 18 U.S.C. § 3143(b)(1)(B)(I). The Court finds that Defendant is neither a flight risk nor poses a danger to the safety of any persons if released. The issue in this case therefore is whether Defendant has established by clear and convincing evidence that the appeal raises a substantial question of law or fact likely to result in reversal of his conviction.

After having reviewed the record in this case, as well as the relevant case law, the Court finds that Defendant has failed to establish that there are substantial questions of fact or law likely to result in a reversal of his conviction. At his sentencing hearing, Defendant noted that his Presentence Report indicated, on page 23, that he had an objection as to the amount of loss. Defendant clarified at the hearing that it was not an

objection as to the loss amount, but that it was an objection as to the restitution amount. Sentencing Opinion entered February 28, 2007 (d/e 62), at 4-5. As the Government correctly points out in its Response to Defendant's Motion (d/e 91), Defendant has therefore waived his first argument. As to his second argument, the Court finds that there was sufficient evidence to support the convictions for wire fraud. The Court therefore finds that there is no issue likely to result in the reversal of his conviction, or an order for a new trial, or a reduced sentence. Defendant is not entitled to release pending resolution of his appeal.

THEREFORE, for the reasons set forth above, Defendant's Motion for Release Pending Appeal (d/e 90) is DENIED.

IT IS THEREFORE SO ORDERED.

ENTER: July 6, 2007.

FOR THE COURT:

s/ Jeanne E. Scott
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE